IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:06CR522 |
| | : | |
| | : | Judge Christopher A. Boyko |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| MARION SPRAGGINS, | : | |
| | : | |
| Defendant. | : | |

Upon the consideration of the motion for permission to withdraw as counsel and for appointment of appellate counsel for defendant Marion Spraggins, and for good cause shown, it is hereby

ORDERED that such motion is granted;

FURTHER ORDERED that Dennis G. Terez and the Office of the Federal Public Defender are permitted to withdraw as counsel for Mr. Spraggins in this case; and

FURTHER ORDERED that Criminal Justice Act Attorney ROBERT SMITH III is appointed as appellate counsel for Mr. Spraggins.

FILED
JUN 1 2 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

_/s/ Christopher A. Boyko_
HONORABLE CHRISTOPHER A. BOYKO
United States District Court Judge

June 12th, 2007